UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN PADULA,<br>    Plaintiff<br><br>v.<br><br>CLARKS SUMMIT STATE<br>HOSPITAL, ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:19-CV-2184<br><br><br><br>(ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

ORDERED that Defendants' Motion for Summary Judgment will be GRANTED IN PART and DENIED IN PART as follows:

(1) Summary Judgment is GRANTED as to Plaintiff's Pennsylvania Human Relations Act ("PHRA") claims, and to Plaintiff's Americans with Disabilities Act ("ADA") claim of Hostile Work Environment; and

(2) Summary Judgment is DENIED as to Plaintiff's ADA claim of Discrimination for Failure to Provide Reasonable Accommodation, and Plaintiff's FMLA Interference claim.

Date: September 27, 2021

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge